**Order filed, April 26, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00370-CR
NO. 14-12-00371-CR
_____

**ANTHONY RAHMON SUTTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause Nos. 1292456 and 1320076**

---

## ORDER

The reporter's record in this case was due **April 23, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Tamra M. Parks**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM